■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY THOMAS FULMORE, Appellant. [794 NYS2d 654]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 27, 2000 (*People v Fulmore,* 277 AD2d 465 [2000]), affirming a judgment of the Supreme Court, Kings County, rendered February 2, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Florio, H. Miller and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN J. GRIGG, Appellant. [794 NYS2d 654]—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Copertino, J.), rendered May 17, 2004, convicting him of criminal possession of stolen property in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). H. Miller, J.P., S. Miller, Goldstein, Mastro and Lifson, JJ., concur.